IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WAYNE THOMAS,<br>an individual,<br><br>      Plaintiff,<br>v.<br><br>RICHMOND WESLAYAN, LTD.,<br>a Texas Limited Partnership,<br><br>      Defendant. | Case No.: 21-CV-3932 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, WAYNE THOMAS, and Defendant, RICHMOND WESLAYAN, LTD, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all counts and claims asserted in this matter with prejudice, with the parties to bear their own attorney's fees, costs, and expenses except as may otherwise be agreed to between the parties.

**Dated: October 14, 2022**

Respectfully Submitted,

*/s/ Brian T. Ku*
Brian T. Ku
Attorney-in-charge
S.D. TX No. 3424380
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
Brian@kumussman.com

Respectfully Submitted,

*/s/Laurie Landry Munoz*
Laurie A. Landry Munoz
Federal I.D. No. 2108605
State Bar No.: 24071782
MCCORMICK | LANDRY MUNOZ, PLLC
4950 Bissonnet Street, Suite A
Bellaire, TX 77401
Tel: (713) 523-0400 Ext. 232
Fax: (713)523-1408
laurie@mmtxtrial.com

and

John K. Grubb
Local Counsel
State Bar No. 08553500
2520 Robinhood St., # 500
Houston, Texas 77005
Tel: (713) 702-1808
jgrubb@grubblegal.com

*Attorneys for Plaintiff*

and

Andrew McCormick
Federal I.D. No. 1311
State Bar No.: 13457100
McCormick | Landry Munoz, PLLC
4950 Bissonnet Street, Suite A
Bellaire, TX 77401
Tel: (713) 523-0400 Ext. 225
Fax (713) 523-0408
andy@mmtxtrial.com

*Attorneys for Defendant*